No. 838. WILLIAMS ET AL. *v.* WISCONSIN BARGE LINE, INC.; and

No. 839. WISCONSIN BARGE LINE, INC. *v.* WILLIAMS ET AL. C. A. 7th Cir. Certiorari denied. *Harold Gruenberg* for petitioners in No. 838. *V. Lee McMahon* for petitioner in No. 839 and for respondent in No. 838. Reported below: 416 F. 2d 28.

No. 849. BROOK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *E. David Rosen* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Joseph M. Howard* for the United States.

No. 855. LOUISIANA & ARKANSAS RAILWAY Co. *v.* MISSOURI PACIFIC RAILROAD Co. ET AL. C. A. 5th Cir. Certiorari denied. *W. Scott Wilkinson* and *Robert E. Zimmerman* for petitioner. *Robert H. Stahlheber, William R. McDowell,* and *Murray Hudson* for Missouri Pacific Railroad Co. et al., and *George Mathews* for Greater Baton Rouge Port Commission, respondents.

No. 857. MITCHELL ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Irwin Prince* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Joseph M. Howard* for respondent.

No. 811. NELSON *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner to file a supplemental exhibit granted. Certiorari denied. *Hume Cofer* and *John D. Cofer* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.